UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0073JLR |
| Plaintiff, | ORDER |
| v. | |
| CLAY SERENBETZ, | |
| Defendant. | |

Before the court is Defendant Clay Serenbetz's motion for early termination of supervised release. (Mot. (Dkt. # 6 (sealed)).) The Government and United States Probation and Pretrial Services have indicated that they cannot endorse Mr. Serenbetz's request. (*See* Govt. Resp. (Dkt. # 9) at 1.) The court has considered the parties' submissions, the relevant portions of the record, and the governing law. Being fully advised, the court GRANTS Mr. Serenbetz's motion for early termination of supervised

//

//

ORDER - 1

release (Dkt. # 9) and ORDERS that Mr. Serenbetz's term of supervised release is terminated effective immediately.

Dated this 1st day of April, 2025.

JAMES L. ROBART
United States District Judge